UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa Lynn Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Sheriff Richard Stanek, Deputy C.C. Sedesky, Badge #458, Deputy J. Steffens, Badge #589, Security Officer Busch, Badge #141, Kirk Simmons, Bill Collumbien, County of Hennepin, and John Doe and Jane Roe,<br><br>　　　　　　Defendants. | Civil No. 11-3542 (ADM/JJG)<br><br>**ORDER CANCELLING PRETRIAL CONFERENCE** |

　　　　Pursuant to the letter dated January 13, 2012 (Doc. No. 6) informing the Court that the parties have reached a settlement, the Pretrial Conference scheduled for January 24, 2012 at 9:30 a.m. has been **CANCELLED**.

　　　　The parties are preparing settlement documents.  If the parties are unable to complete the papers and file a Stipulation of Dismissal within thirty (30) days, counsel shall inform the Court by letter of the current status of the settlement and the likely timeframe needed for completing the papers.


Dated:  January 17, 2012　　　　　　　　　 s/ *Jeanne J. Graham*
　　　　　　　　　　　　　　　　　　　　JEANNE J. GRAHAM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge