# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Melissa Lynn Hill,

               Plaintiff,        **STIPULATION FOR DISMISSAL**

vs.

                                    Court File No. 11-CV-3542 (AMD/JJG)

Sheriff Richard Stanek, Deputy C.C. Sedesky, Badge #458, Deputy J. Steffens, Badge #589, Security Officer Busch, Badge #141, Kirk Simmons, Bill Columbien, County of Hennepin, and John Doe and Jane Roe, (whose true names are unknown),

               Defendants.

     Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff Melissa Lynn Hill and the individual defendants Richard Stanek, C.C. Sedesky, J. Steffens, Andrew Bush, Kirk Simmons, and Bill Columbien, hereby stipulate and agree, through their respective undersigned attorneys, that the individual defendants may be and hereby are voluntarily dismissed with prejudice but without cost to any party.

     It is further stipulated and agreed that an appropriate Order for Judgment with prejudice may be entered by the Court.

2

| LAW OFFICE OF JORDAN KUSHNER | MICHAEL O. FREEMAN<br>Hennepin County Attorney |
|---|---|
| By: s/Jordan S. Kushner<br>    Jordan S. Kushner, ID 219307<br>    431 South 7th Street, Suite 2446<br>    Minneapolis, MN  55415<br>    Telephone:  612-288-9545<br><br>Dated:  January 17, 2012 | By: s/Toni A. Beitz<br>    Toni A. Beitz (#6245)<br>    A2000 Government Center<br>    Minneapolis, MN  55487<br>    Telephone: 612-348-8533<br>    Fax: 612-348-8299<br><br>Dated:  January 17, 2012 |